UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,

        - against -

        DIANE KAYLOR

                           CR. 12-357

                          Defendant
-------------------------------------------x

DEAR SIR/MADAM:

      **PLEASE TAKE NOTICE,** that upon the annexed Affirmation of David Zucker dated the 5th day of January 2015, and upon all prior proceedings had, the undersigned will move this Court before the Honorable Denis Hurley, United States District Court Judge at the United States Courthouse, Eastern District of New York, 610 Federal Plaza, Central Islip, New York on a day to be set by the Court, for an order precluding the U.S. Attorney from offering any testimony to establish that the defendant Diane Kaylor forged or tampered with an order submitted to Agape World by Paul Lukasik in December 2008 allegedly investing money therein.

      And for such other and further relief as this Court may deem just and proper.

Dated:  Kew Gardens, New York       Yours, etc.
        JANUARY 5, 2015

                                    SCHWED & ZUCKER,ESQ.
                                    DAVID ZUCKER
                                    Attorney for Defendant
                                    125-10 Queens Blvd.
                                    Suite Six
                                    Kew Gardens, N.Y.11415
                                    (718) 263-7676

```
TO:   United States Attorney's Office
      Eastern District of New York
      610 Federal Plaza
      Central Islip, New York 11722-4454
      Attn:  AUSA Christopher Cafferone
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA,

      - against -

                                  CR. 12-357
                                  AFFIRMATION

    DIANE KAYLOR


                         Defendant
-----------------------------------------------x
DEAR SIR/MADAM:

    DAVID ZUCKER, ESQ., affirms upon the penalty of perjury the following:

    1.   Affirmant is an Attorney-at-law duly admitted to practice before the Courts of this State and Eastern District of New York.

    2.   This Affirmation is submitted in support of Defendant's Motion to preclude from the trial pursuant to Rule 403 of Federal Rules of the evidence, certain testimony alleging the defendant forged a certain document signing the name of Paul Lukasik.

    3.   I am advised by AUSA Cafferone that he intends to call Paul Lukasik to the stand to testify that he did not sign an order directing that his funds be reinvested in Agape World.

    4.   I am further advised that AUSA Cafferone will be calling a hand writing expert to testify that the signature on said order is "more likely then not" the handwriting of the defendant Diane Kaylor.

    5.   This assertion, if true, would constitute a Criminal Act of forgery, of which she is not charged.

    6.   Although, the allegations in this case have been

reviewed by several Grand Juries, none have charged Ms. Kaylor with the act of forgery though the alleged facts pertaining thereto have been known by the prosecution for up to six years.

7.   The sole purpose of offering said testimony is to prejudice the Jury against the defendant yet offers little probeable value to the charges before the Court.

Wherefore, Counsel asks the Court to preclude the AUSA from offering said testimony at the Trial.

Dated: Kew Gardens, New York
       January 6, 2015

Respectfully Submitted By:

DAVID ZUCKER
Attorney for Defendant
Diane Kaylor