

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD:CCC
F. #2011R00447

*610 Federal Plaza*
*Central Islip, New York 11722*

March 4, 2015

BY ECF AND HAND DELIVERY
Hon. Denis R. Hurley
United States Senior District Judge
United States District Court
Eastern District of New York
930 Federal Plaza
Central Islip, New York 11722

> Re: United States v. Diane Kaylor,
> Criminal Docket No.: 12-CR-357 (S-2)(DRH)

Dear Judge Hurley:

The government writes in advance of today's hearing scheduled in the above-referenced case. The government previously asked the Court to permit it to introduce evidence that defendant Diane Kaylor forged an Agape World, Inc. investor's signature on a bridge loan contract and then lied to a federal agent about her forgery. The government writes to inform Your Honor and the defendant that it withdraws that request and no longer intends to introduce that evidence.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:      /s/
Christopher Caffarone
Assistant U.S. Attorney
(631) 715-7868

cc: David Zucker, Esq. (By ECF and email)